**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-30962
Summary Calendar
_____

JAMES M. ROBERTSON, M.D.,

Plaintiff-Appellant,

VERSUS

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(98-CV-463)
_____
March 16, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated by the district court in its Ruling on Motion for Summary Judgment of January 18, 2000, we affirm the district court's judgment.

AFFIRMED.

---

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.